IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KEITHEN JONES                                                                   PLAINTIFF

v.                                      Civil No. 6:18-cv-6059

TRINITY FOOD SERVICE, *et al.*                                               DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 9, 2018, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). Judge Marschewski recommends that the Court dismiss Plaintiff Keithen Jones's claims without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) because Plaintiff has failed to obey two court orders and has failed to prosecute this case.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*. Accordingly, Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED**, this 30th day of August, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge